# UNITED STATES DISTRICT COURT

# WESTERN DISTRICT OF LOUISIANA

# LAFAYETTE DIVISION

| | |
|---|---|
| **MICHAEL REAL, ET AL.** | **CIVIL ACTION NO. 6:17-01288** |
| **VERSUS** | **JUDGE ROBERT G. JAMES** |
| **DEVESCOVI MATTEO** | **MAG. JUDGE CAROL B. WHITEHURST** |

## JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge filed previously herein, noting the absence objections thereto, and concurring with the Magistrate Judge's findings under the applicable law,

**IT IS ORDERED** that the Motion to Dismiss [Doc. No. 5] filed by Defendant Devescovi Matteo is **GRANTED**, and this action is dismissed **WITHOUT PREJUDICE**.

**MONROE, LOUISIANA, this 19th day of January, 2018.**

_____
ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE